FILED: October 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2084
(1:22-cv-01388-TSE-LRV)

_____

In re: DEBORAH FAYE PARKER

   Debtor

-------------------------------

DAN G. MARTIN

   Plaintiff - Appellant

v.

DEBORAH FAYE PARKER

   Defendant - Appellee

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:22-cv-01388-TSE-LRV |
| Date notice of appeal filed in originating court: | 10/11/2023 |
| Appellant(s) | Dan G. Martin |
| Appellate Case Number | 23-2084 |

| Case Manager | Richard H. Sewell<br>804-916-2702 |